# EXHIBIT A

Fulton County Superior Court
***EFILED***LW
Date: 7/8/2019 12:00 AM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA CIVIL
DIVISION

Sonya Green
463 Bartram ST. SE Unit A
Atlanta, Georgia. 30316

)
)
)
)
)
)
Plaintiff,               )
)
V                        )
)
)
)
Neutrogena Corporation   )
5760 96th St, Los Angeles, )
CA 90045, USA            )
)
)
)
Defendant.               )
)

CIVIL CASE NO

**2019CV323460**

COMPLAINT FOR DAMAGES

RECEIVED
AUG 2 1 2019
Law Department

COME NOW the Pro se Plaintiff, Sonya Green, alleges as follows:

## I. PARTIES

1. The Plaintiff resides in Georgia, which is located within the jurisdiction of this
   Court.

Date served: 8 /21 /20 19  Product(s): NEUT.
Company(s) served: NEUTROGENA
Method served: HS  FX  CM  RM  OTHER UNK
Date received by LD: 8 /21 /20 19  No postmark: _____
Service type: Initial  Add'l  Refiled  Amended  Multi #_____
JJL# 2019016229  Paralegal: BC

2. The Defendant Neutrogena 5760 96th St, Los Angeles, is a California Corporation that, at all times relevant, owned, operated and provided the skin care product in the state of Los Angeles, California. The Defendant resides and does business within the jurisdiction of this Court.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1391 because the Plaintiff and the Defendants are citizens of different states, and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), excluding interest and costs and there is complete diversity of citizenship between Plaintiff and Defendant.

4. The Court has personal jurisdiction over the Defendants under 28 U.S.C. §1391, as all Defendants regularly conduct business in the state of California. Further, Defendants are present and doing business within this state and have continuous and systematic contacts in this state. Defendant's activities include marketing, advertising, promoting, distributing, and receiving substantial compensation and profits from sales and other acts that caused or contributed to the harm giving rise to this action. Defendant also made or caused to be made material omissions and misrepresentations and breaches of warranties in California to Plaintiff.

## III. VENUE

5. Venue is proper in this Court under 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claim occurred within this judicial district and the Defendants regularly conduct business in this District.

6. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

## IV. GENERAL ALLEGATIONS

7. On 10/30/2018, Plaintiff purchased the Neutrogena dark spot corrector from a local Neutrogena store for three dark spots treatment that she had on her lips and leg. Plaintiff followed the instruction and applied it accordingly. Upon waking up next morning she noticed redness on the two spots above her lips and leg where she applied Neutrogena dark spot corrector. It is pertinent to mention here that Plaintiff took into consideration the instruction mentioned on the product which stated that "redness is a normal temporary indication that the formula is working." Therefore, she continued using the product. Later, on 11-1-2018 she noticed that the two spots on her lips had not only expanded to the nearby skin, but the skin had nearly melted and was uneven in textures. Spots on her lips and leg had turned black. Plaintiff immediately discontinued the use of Neutrogena dark spot corrector. Consequently, the melted skin above her lip developed into two holes. As a result, the Plaintiff was devastated and had a nervous breakdown.

8. Plaintiff sought medical help which includes virtual medical treatment Professional/Physician as she was too ashamed to leave the house. The Physician advised her to use Neosporin. Plaintiff used Neosporin accordingly, however, no improvement occurred. Ultimately, she had to consult Dermatologist due to scab falling off and the hole appeared deeper. During the visit, the Dermatologist was of the opinion that it was a severe burn caused by the use of Neutrogena dark spot corrector. The specialist ordered a culture to a lab and prescribed antibiotics to the Plaintiff. During the treatment, the Dermatologist shared with the Plaintiff that the scar would remain permanently on her face. As a result, the Plaintiff became more depressed. Later, on 11-30-2018, Plaintiff sought advice from Dr. Kim, a Plastic Surgeon at Kim Plastic Surgery. He prescribed Silagen strips which cured the hole

however, again, the Surgeon reported that the scar would remain permanently on Plaintiff's face. On January 11, 2019, Plaintiff went through her first scar treatment. Over six weeks of scar treatment she noticed slight improvement. Dr. Kim advised the Plaintiff that even after the treatment, it is likely that the scar would never go. The scar treatment is still ongoing.

## PLAINTIFF'S CAUSES OF ACTION
## FIRST CAUSE OF ACTION
## V. STRICT PRODUCTS LIABILITY – FAILURE TO WARN

9. Plaintiff repeats and re-alleges each and every allegation of this Complaint as if set forth in full in this cause of action.

10. The Product Neutrogena dark spot corrector was defective and unreasonably dangerous when they left the possession of the Defendants in that they contained warnings insufficient to alert consumers, including Plaintiff, of the dangerous risks associated with the subject product, including but not limited to the risk of skin disease (redness, melting/holes of skin and scar).

11. Information provided by Neutrogena to the Plaintiff and to consumers concerning the safety and efficacy of Spot corrector did not accurately reflect the serious and potentially fatal adverse events Plaintiff could suffer.

12. At all times relevant hereto, the Neutrogena spot corrector was dangerous and presented a substantial danger to Plaintiff and consumers who used the product, and these risks and dangers were known or knowable to the Defendant at the times of distribution. Ordinary consumers would not have recognized the potential risks and dangers Neutrogena posed to consumers, because its use was specifically promoted to improve dark spot of consumers.

13. Had adequate warnings and instructions been provided, Plaintiff would not have used the Neutrogena dark spot corrector and would not have been at risk of the harmful injuries described herein. The Defendants failed to provide warnings of such risks and dangers to the Plaintiff as described herein. Defendants knew or had knowledge that the warnings that were given failed to properly warn of the increased risks of serious injury. Defendant had the continuing duty to warn Plaintiff.

14. As a direct and proximate result of the Neutrogena dark spot corrector's defects, as described herein, Plaintiff suffered permanent and continuous injuries, pain and suffering, disability and impairment. Plaintiff has suffered emotional trauma, harm and injuries that will continue into the future. Plaintiff has lost her ability to live a normal life and will continue to be so diminished into the future. Furthermore, Plaintiff have lost earnings and will continue to lose earnings into the future and have medical bills both past and future related to care because of the Neutrogena dark spot corrector defects.

15. By reason of the foregoing, Defendant is liable to the Plaintiff for damages as a result of its failure to warn and/or adequately warn the Plaintiff about the increased risk of injury/skin disease.

WHEREFORE, Plaintiff, Sonya Green demands judgment against the Defendants Neutrogena Corporation 5760 96th St, Los Angeles, CA 90045, USA for whatever amount he may be entitled, together with costs of this action. This jurisdictional amount exceeds seventy-five thousand dollars ($75,000.01+).

## SECOND CAUSE OF ACTION

## VI. NEGLIGENCE

16. Plaintiff repeats and re-alleges each and every allegation of this Complaint as if set forth in full in this cause of action.

17. The defendant breached the standard of care in manufacturing, distributing and selling a product that was not reasonably safe.

18. The defendant had a duty to comply with all applicable federal and state statutory and regulatory provisions that pertained or applied to the manufacture, distribution, storage, labeling, and sale of Cosmetics products, including, but not limited to, the Federal, Drug, and Cosmetics Act, which bans the manufacture, sale and distribution of any dangerous product, failed to do so. Ms. Sonya Green is among the class of persons intended to be protected by the statutory and regulatory provisions pertaining to defendant manufacture, distribution, storage, labeling, and sale of Cosmetic Product.

19. As a direct and proximate result of the defendant culpable acts or omissions, Ms. Sonya Green suffered severe and permanent personal injuries, as well as substantial economic loss.

# VII. DAMAGES

20. Plaintiff has suffered general and special, incidental and consequential damages as the direct and proximate result of the acts and omissions of the defendant, which damages shall be fully proven at the time of trial. These damages include, but are not limited to: damages for general pain and suffering; permanent physical injury; damages for loss of enjoyment of life, both past and future; medical and medical related expenses, both past and future; travel and travel-related expenses, past and future; emotional distress, and future emotional distress; pharmaceutical expenses, past and future; related wage and lost earning capacity damages, and all other ordinary, incidental and consequential damages as would be anticipated to arise under the circumstances.

Heads of losses includes but not limited to;

- Consultation via online: $50.00
- Dermatologist visit: $200.00
- Plastic Surgeon visit: $150.00
- Quest labs: $264.35
- Kim Facial Plastic Surgery $180.
- Kim Facial Plastic Surgery $197.95
- Kim Facial Plastic Surgery $133.75
- Scar treatments $160

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief:

I.   That the Court award plaintiff judgment against defendant, in such sums as shall be determined to fully and fairly compensate the plaintiff for all general, special, incidental and consequential damages incurred, or to be incurred, as the direct and proximate result of the acts and omissions of defendant, in an amount to be proven at trial;

II.  That the Court award plaintiff her fees incurred;

III. That the Court award plaintiff the opportunity to amend or modify the provisions of this complaint as necessary or appropriate after additional or further discovery is completed in this matter, and after all appropriate parties have been served; and

IV.  That the Court award such other and further relief as it deems necessary and proper in the circumstances.

6/26/2019

Sonya Green
463 Bartram St SE Unit A
Atlanta, GA 30316

# EXHIBIT A

BUCKHEAD DERMATOLOGY PC
PO BOX 53136
ATLANTA GA  30355
4048164000

## MEDICAL RECORDS INFORMATION

PATIENT NAME: **GREEN, CASONYA**                    PATIENT NO: **017614**
ADDRESS: **463 BARTRAM ST SE UNIT A ATLANTA, GA 30316**
HOME PH: **912-271-0971**    WORK PH:              CELL PH:
OCCUPATION:                   DOB: **06/25/1980 (38 yrs)**   CHARTNO:
GUARANTOR: **GREEN, CASONYA**                        SEX: **FEMALE**

### HX OTHER ON 11/26/2018
PROVIDER: STRAUGHN, SHERRIEANN V          ENTERED BY: RHONDA

**ALLERGIES:** NKDA

**HISTORY:**
38 year old African-American female presents with upper lip problem since November 1st
No other areas are affected. She states it developed after applying Neutrogena OTC retinol.
Two areas have improved with TMC and Bactroban (one hole has completely filled in)
Reviewed potential allergens, irritants (see supplementary)

**PAST MEDICAL HISTORY:** Reflux
**MEDS:** see supplementary

**ROS:** Tender

**PHYSICAL EXAM:** Alert patient in NAD O x 3 WNWD Well groomed Declines TBSE
~9 x 8 mm ulceration into deep reticular dermia mid superior lip with mild exudate
~5 x 4 mm eroded mildly erythematous plaque right superior lip
~5 x 4 mm mildly erythematous resolving patch left superior lip

**ASSESSMENT & PLAN:**
1. Ulcer
2. Irritant dermatitis
Recommend biopsy if no improvement
(9) Doryx 120 mg po qd. Culture done.
(2) Vaseline, band aid qd until healed
D/C TMC, Bactroban. Avoid scrubs, exfoliators
Avoid all products listed under rash questionnaire

**Discussed with patient:**
Diagnosis, implication DDX, diagnostic and treatment options.
Meds, proper use, benefits and potential adverse effects.
Prognosis with and without treatment.
Pregnancy/Nursing precautions. DO NOT use medications

- 1 -

Name Cristina Green   Age 34   DOB 6/25/1985   Referred by Google

**I am here for:**
Chemical burn on upper lip
4 weeks ago
chemical burn + scar/loss

**Previous Cosmetic Procedures:**
used Neutrogena product

**Past Med Hx**
**Past Surg Hx**
**ROS:**
**Meds:**
**Known Allergies**

Beat + dermatologist x/x

Exam    No Rx other than neosporin



hyper pigmented area 0.4 cm

**PLAN/REC:**
0.6 cm full thickness
burn open
not yet completely healed
let heal 2° intention
silagen sheet + massage
q 1 mo

**FUTURE CONSIDERATIONS:**
poss csurgh/poss

**RISKS (CIRCLE ALL THAT APPLY):**
SCARRING   INFECTION   ASYMMETRY
EARLY FAILURE   LUMPINESS   NERVE DAMAGE
REPEAT SURGERY   NUMBNESS   HYPERPIGMENTATION
NEED FOR ADDITIONAL SURGERY
operated   surv

**PICTURE TAKEN:**   YES   NO

**INSTRUCTION GIVEN:**   YES   NO

SIGNED

**NAME** Cascaya Green                              **DOB** 6/25/1980 ♀



Exam

1/17/2019  Chemical Burn F/U / KKH
Raised pink
SL Hypertrophic scar

icchy w/ SL

(pic)

fin ~ 1mo
~ if certain may it will
heal but likely to scar

Exam



Exam



Before product



After product

Today

# IN THE SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA CIVIL DIVISION

Sonya Green                              ,                    Civil Action

Petitioner

vs.

Neutrogena Corporation;                          Case Number_____

Respondent.

VERIFICATION

My name is Sonya Green                          , I hereby swear or affirm, before
a notary public, that I have read the following document:
Neutrogena Pleadings

which I am filing in court with this Verification, and the facts stated in the document
are true.

Dated: 7/3/2019

_____
Petitioner Respondent,

Pro se (Check & sign)

Name: Sonya Green
Address: 463 Bartram St SE Unit A Atlanta GA 30316
Phone: 912-271-0971

Subscribed and sworn before me on this 3ᵗʰ day of July             ,
2019

_____
Notary Public
My commission expires: 3/13/2022

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of  Fulton                    County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed  **7/6/2019** | Case Number | **2019CV323460** |
| MM-DD-YYYY | | |

**Plaintiff(s)**

Green              Sonya

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Neutrogena Corporation

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _____   Bar Number _____   Self-Represented ☒

### Check One Case Type in One Box

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☒ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
Case Number                          Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
No

Version 1.1.18



FedEx First Overnight®

SHIP DATE: 19AUG19
ACTWGT: 0.30 LB
CAD: 3145856/CAFE3211

BILL SENDER

ORIGIN ID:RIVA   (310) 642-1150
MAILROOM
5760 W. 96TH ST
LOS ANGELES, CA 90045
UNITED STATES US

TO **BONNIE MILLER**
**JOHNSON & JOHNSON**
**ONE JOHNSON & JOHNSON PLAZA**
**WH -5103**
**NEW BRUNSWICK NJ 08933**
(732) 524-0400
DEPT: HR CLARA NGUYEN

FedEx
Express

**E**

WED - 21 AUG 8:00A
FIRST OVERNIGHT

08933
NJ-US
**EWR**

FedEx
TRK# 4606 7266 9424

**E1 ZRPA**

FID 246554 20AUG19 WORA  568C2/7567/8C0A